# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

**Trustee's Final Report**

In Re:   TOWONA S. VIRAMONTES                                        Case Number: 07-73015
         609 CAMDEN LANE                SSN-xxx-xx-4747
         BARRINGTON, IL  60010

Case filed on:   8/28/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DI MONTE & LIZAK, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | GERALD R. SLUTSKY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | HARRIS & HARRIS, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 92,202.03 | 89,788.95 | 0.00 | 0.00 |
|  | Total Priority | 92,202.03 | 89,788.95 | 0.00 | 0.00 |
| 043 | TOWONA S. VIRAMONTES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMC MORTGAGE SERVICES | 18,000.00 | 18,000.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORPORATION | 32,031.00 | 32,031.00 | 0.00 | 0.00 |
| 004 | RIVERWALK | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| 005 | STATE BANK OF THE LAKES | 13,856.00 | 13,856.00 | 0.00 | 0.00 |
|  | Total Secured | 66,387.00 | 66,387.00 | 0.00 | 0.00 |
| 003 | MCHENRY COUNTY TREASURERS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | STATE BANK OF THE LAKES | 16.14 | 16.14 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 0.00 | 2,413.08 | 0.00 | 0.00 |
| 007 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ALLEN & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMED CO | 996.91 | 996.91 | 0.00 | 0.00 |
| 015 | COSTCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | EAGLE RECOVERY ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | GOOD SHEPHERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | KCA FINANCIAL SYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MED BUS BUR | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MED BUS BUR | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MEDICAL BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MERICAN RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MIDWEST DIAGNOSTIC PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NETWORK TELEPHONE SERVICES INC | 38.92 | 38.92 | 0.00 | 0.00 |
| 031 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | OSI RECOVERY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | OVERLND BOND | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | PELLETTIERI & HENNIBGS PC | 2,352.00 | 2,352.00 | 0.00 | 0.00 |
| 035 | PROFESSIONAL ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | THE BUREAUS INC | 395.29 | 395.29 | 0.00 | 0.00 |
| 038 | TRI-COUNTY EMERGENCY PHYSICIANS, LT | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | UNITED COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | MEIJER  INC | 650.10 | 650.10 | 0.00 | 0.00 |
| 041 | DON GURLOCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | JULIA JENSEN SMOLKA/DIMONTE & LIZAK LLC | 40,278.20 | 40,278.20 | 0.00 | 0.00 |
|  | Total Unsecured | 44,727.56 | 47,140.64 | 0.00 | 0.00 |
|  | Grand Total: | 203,316.59 | 203,316.59 | 0.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $0.00 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008          By  /s/Heather M. Fagan